NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL J. BONNSTETTER and SUSAN J. FRONK

---

2010-1163
(Serial No. 11/466,338)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

EDMUND J. SEASE, McKee, Voorhees & Sease, P.L.C., of, Des Moines, Iowa, argued for appellants. With him on the brief was JANET E. PHIPPS BURKHEAD.

RAYMOND T. CHEN, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were SCOTT C. WEIDENFELLER and THOMAS W. KRAUSE, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 8, 2010      /s/ Jan Horbaly
Date          Jan Horbaly
             Clerk